71,546-07

RECEIVED IN
COURT OF CRIMINAL APPEALS 7-28-15

JUL 30 2015

Abel Acosta, Clerk

Dear Courts-

Comes now the defendant McGregory Allen Robinson Jr. never been AKA Gregory Robinson since i've not used any alias whatsoever. The Eregious act of the 265th Judicial Court was committed OVER MANY TIMES as they've sent a copy of response pertaining my second Writ Of Habeas Corpus concerning Writ No. W13-61587-R(B) yet put the 11.07 previously filed from Writ No. W13-61947-R(A) in which isn't the Writ i'd filed nor does it answer anything. I always keep copies to broaden someones attention for understanding how false and much illegal events occured at the Trial + Trial were a Plea Agreement evolve after a Jury sentenced me guilty so the Brady Rule had been violated along with United States vs Bagley, 473 U.S. at 682? Ex Parte Kimes as I prayed someone would catch this treachery and not the Federal nor Supreme Courts once I file. The copy of Detective Chelsea Whitaker's Report (Badge #9095) was mailed to you all but never returned about two months ago. Service #268886A whom my co-defendants work for. The Theft in all indictments voided each case because i'm never possessing anything from anywhere, never proven Entering any Buildings by VIDEO. ACTS. COMMISSION. FIGHT DOOR POSSIBLE OR REASONABLE DOUBTS. 95% of cases i've cited to, the Courts will deny, then turn right back around saying I should use them. Even my case which was affirmed, that film never showed anybody Enter any Building except for an 160 pound person in Royal Blue clothing. I was 280!? A staged crime scene

with everything which was supposedly thrown out of a trashcan neatly in place, one black prybar plus one yellow prybar in video, then a Blue Screwdriver appears out of nowhere; that trashcan that Police said was thrown disappeared too, only a Black Female is whom took me to the Ambulance and Iruving Jail even though they kept my money. I'm eager to hear the Federal an Supreme Courts response to all these facts i've held which already been ignored while in everybody's face." Nothing favorable to the defense that would have change the outcome of this absurdity wasn't exposed during examining trial, Pre Trial, Trial or the Plea Bargain that took place after I was sentenced to 10yrs for F13-34479 in the middle of TRIAL." You don't put on your own clothing which your Family Brings, PICK A JURY, DELIBERATE, THEN PRETEND AS IF THE BRADY RULE/BAGLEY v. STATE WAS'NT VIOLATED BY PRODUCING A PLEA AGREEMENT. WHY WAS'NT ANY EVIDENCE FAVORABLE TO THE DEFENSE DISCLOSED WHICH WOULD'VE EFFECTIVE THIS OUTCOME OF ABSURDITY? How do I get more time and cases than the driver of the vehicle whom was actually in Possesion of all equipment, tools, clothing, walkytalkies, mask, gloves, hard hat vest etc? Air 1 along Patrol units did'nt let me exit the vehicle before thiers eyes and go into a house after huddling with a brief conversation. *